■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERBERT T. JONES, Appellant, v JOSEPH J. COSTELLO, as Superintendent of Mid-State Correctional Facility, Respondent. [803 NYS2d 486]— Appeal from a judgment (denominated order) of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), entered March 8, 2004. The judgment dismissed the petition for a writ of habeas corpus.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (see Matter of Ansari v Travis, 9 AD3d 901 [2004], lv denied 3 NY3d 610 [2004]). Present—Kehoe, J.P., Martoche, Pine, Lawton and Hayes, JJ.